IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTONIO LEWIS MEBANE,           )
                                )
          Petitioner,            )
                                )      1:15-cr-212-1
     v.                          )      1:24-cv-480
                                )
UNITED STATES OF AMERICA,        )
                                )
          Respondent.            )

### ORDER

This matter is before the court for review of the Recommendation and Order ("Recommendation") filed on June 17, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 49). The Recommendation was served on the parties in this action on June 17, 2024. (Doc. 50.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 49), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 5th day of November, 2024.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:15-cr-00212-WO   Document 51   Filed 11/06/24   Page 2 of 2